MARY N. TOWNSHEND, APPELLANT, *v.* PETER S. NORRIS, RESPONDENT.

*Pleading — allegations — refer to time of commencing the action.*

The phrase " was alone invested with any right or title to the cause of action set forth in the complaint," must be construed to refer to the time of the commencement of the action, to which all similar averments, whether in form in the present or past tense are held to refer.

APPEAL from judgment entered on demurrer.

*John Townshend*, for the appellant.　*Peter S. Norris*, respondent, in person.

Opinion by DAVIS, P. J.　DANIELS and BRADY, JJ., concurred.

Judgment affirmed.